1058

THE STATE OF WASHINGTON, *Respondent*, v. PHILIP J. STRONG, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 07-1-00007-1, Allen Nielson, J., entered February 8, 2008. *Reversed* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J.; Korsmo, J., dissenting.

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN P. KIM, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-00091-8, Tari S. Eitzen, J., entered February 21, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.

THE STATE OF WASHINGTON, *Respondent*, v. LORENZO BELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-00407-4, J. Wesley Saint Clair, J., entered March 5, 2007. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Cox and Ellington, JJ.